463 A.2d 57

Commonwealth v. Marshall, Appellant.

Submitted April 7, 1983. Jayne Clooney Shinko, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Affirmed.